**United States Bankruptcy Court**
**Central District of California**

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. **8:10-bk-21915**

**Parsons, Christopher Owen**　　　　　　　　　　　　　　　　　Chapter **7**

　　　　　　　　　　　　　Debtor(s)

## AMENDED DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) **8/02/2010**, I agreed with the Debtor that for a fee of $ **899.00**, I would provide only the following services:

    a. ☑ Prepare and file the Petition and Schedules

    b. ☑ Represent the Debtor at the 341(a) Hearing

    c. ☑ Represent the Debtor in any relief from stay actions

    d. ☑ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e. ☑ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f. ☐ Other (specify):

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: **August 26, 2010**　　　　　　　　　Law Firm: **Theodotou & Associates**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**4449 Easton Way 2nd Floor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Columbus, OH  37934**

I HEREBY APPROVE THE ABOVE:

　　　　　　　　　　　　　　　　　　　　　　　By: ***/s/ Carl Lux (Central D. CA)***

***/s/ Christopher Owen Parsons***　　　　　　Name: **Carl Lux (Central D. CA)**
Signature of Debtor(s)　　　　　　　　　　　　　Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only